# Exhibit "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ALYSSA CORMIER,** | § | |
| **CLAIRE BRUDNER,** | § | |
| **MARIANNA ACOSTA,** | § | |
| **and ESTY PITTMAN,** | § | |
|     **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:23-cv-647-** |
| | § | **RP** |
| **SCRIBE MEDIA, LLC,** | § | |
| **BOND FINANCIAL TECHNOLOGIES** | § | |
| **HOLDINGS, LLC,** | § | **JURY TRIAL DEMANDED** |
| **ENDURING VENTURES, INC.,** | § | |
| **ENDURING CONSULTING GROUP** | § | |
| **LLC, and** | § | |
| **ENDURING VENTURES TY** | § | |
| **PARTNERSHIP LLC,** | § | |
|     **Defendants.** | § | |

## DECLARATION OF ALYSSA CORMIER

I, Alyssa Cormier, declare as follows:

1.    I submit this declaration in support of Plaintiffs' Motion for Class Certification. I reside in Hays County, Texas and am over the age of 21. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them. I understand that Plaintiffs will use this declaration in connection with filing for class action certification in that lawsuit.

2.    I was hired to work at Scribe Media, LLC ("Scribe") as a Project Specialist on approximately April 4, 2022. I worked out of Scribe's headquarters in Austin, Texas. At the time I was laid off from Scribe, I worked as a Senior Project Manager.

3.    On May 24, 2023, Scribe notified me and approximately 90 other Scribe employees that we were being terminated immediately. This took place on a virtual conference call with President and Chief Executive Officer JeVon McCormick and Director of People Jes McAvoy. I looked at the

number of participants on the call and saw that there were approximately 90 employees on the conference call. McCormick also mentioned the amount of people affected by the layoff during the conference call. According to The Texas Workforce Commission's WARN notice database I viewed (https://www.twc.texas.gov/data-reports/warn-notice), Scribe reported that the total number of laid off employees was 90.

4.      From what I know about the size of Scribe after working there for over a year, those 90 employees were well over 33% of Scribe's entire workforce. Indeed, the layoff left approximately 37 employees remaining to carry out the functions of Scribe.

5.      Scribe did not offer to pay me or any of the employees who were laid off starting in May 2023 any amount of severance pay, and our health insurance benefits terminated at midnight on our date of termination.

6.      Scribe issued a written notice to me and other terminated employees on May 24, 2023, which stated that it would be closing its operations. The notice also claimed that there were unforeseen circumstances which resulted in its status as a faltering business. A true and correct copy of the WARN notice sent to me is attached as Exhibit 1-A.

7.      Scribe never closed its operations. McCormick described how Scribe would continue to operate in public posts on LinkedIn. A true and correct copy of McCormick's LinkedIn post is attached as Exhibit 1-B.

8.      On the May 24 conference call, McCormick claimed that Scribe was pursuing an Article 9 sale of the company to eliminate debt and bring on new investors.

9.      I know that Scribe had been struggling financially for quite some time before May 2023. Based on quarterly updates from the executive team, Scribe's last profitable month was January 2021.

10.     About one month before the mass layoff, Scribe stopped making timely payroll payments

to me and its other employees. After the second late payroll payment in May 2023, McCormick told me and the other employees that the reason for the delay was a lack of capital and announced that he needed to "pull the cash together" in order to make payroll.

11.     In a public LinkedIn post announcing the layoff, McCormick acknowledged that the company's financial difficulties started in March 2022. *See* Exhibit 1-B.

12.     I understand that Scribe sold its assets during the summer of 2023 to a holding company called Enduring Ventures, that created a company named Bond Financial Technologies Holdings, LLC ("Bond"), which was set up to take control of Scribe.

13.     Enduring Ventures and/or Bond currently operates Scribe as a continuation of the company I worked for—even calling the current company "new Scribe" and the company I worked for "old Scribe."

14.     The current iteration of Scribe maintains many of the same employees and contractors that I worked with at "old Scribe." Indeed, "new Scribe" did not hire any significant number of workers to do its day-to-day business after Enduring Ventures and/or Bond assumed control in summer 2023.

15.     The current iteration of Scribe uses the same brand, social media accounts, and laptop computers as "old Scribe." For approximately one month, "new Scribe" operated at the same office location of "old Scribe."

16.     The current iteration of Scribe does the same substantive work as "old Scribe"—namely, helping authors publish their own books. "New Scribe's" clients are virtually the same authors that had contracts with "old Scribe" for the publication of their books. From what I know, "new Scribe's" business model is virtually identical to "old Scribe's."

17.     No one operating "new Scribe" has contacted me or the other 90 employees who were terminated without notice to pay us any severance or other compensation.

18.     I have been contacted by "new Scribe"—but because they wanted me to return the laptop that I had been issued working for "old Scribe."

19.     Meanwhile, it is my understanding that Scribe Media, LLC, since selling its company to Enduring Ventures and/or Bond in the summer of 2023, has been in bankruptcy proceedings and has no assets to its name.

20.     Scribe's failure to provide any advance written notice has had a devastating economic impact on me and the other approximately 90 employees who were laid off.

21.     For example, I was pregnant when I was laid off with no notice, and my health insurance was canceled at midnight on the day of my termination. I had to scramble to find more expensive health insurance to make sure I could attend my routine prenatal doctor's visits immediately.

22.     My attorneys have discussed with myself and the other Plaintiffs the potential advantages and disadvantages of proceeding in a class action rather than individually. After those discussions, the other Plaintiffs and I decided that it was best to proceed with a class action instead of individual lawsuits against the Defendants.

23.     I am thankful that the other workers have come forward to hold those who ran "old Scribe" and those who are running "new Scribe" accountable for what they did to us. I further support approval of this class certification because I do not have the resources to file a case individually on my own behalf.

24.     I do not have any additional claims beyond the violations of the WARN Act, and I do not presently or potentially have any claims in conflict with any members of this class.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on: **04/25/2024**

_____
Alyssa Cormier (Apr 25, 2024 15:24 CDT)

Alyssa Cormier

# Exhibit "1-A"



507 Calles Street, Suite 107 Austin, TX 78702  |  ScribeMedia.com

May 24, 2023

Dear   Alyssa Cormier,

This notice is being provided to you pursuant to the Worker Adjustment and Retraining Notification Act of 1988, specifically the "unforeseen business circumstances" and "faltering business" exceptions, which requires employers to provide as much notice as possible to affected employees of a plant closure once the employer becomes aware of the unforeseen business circumstance and/or as soon as practicable after it becomes aware that additional capital may not become available to continue the facility operations.  This action is expected to be permanent. Scribe is providing you as much notice as possible.

Scribe Media LLC ("Scribe") is located at 507 Calles Street, Suite 107 Austin TX 78702. Based on unforeseen business circumstances and faltering business based on unavailability of additional capital, Scribe is forced to shut down its operations and layoff employees at our Austin location on May 24, 2023.  Your employment will end on May 24, 2023 as part of that shut down.

Should you have any questions, please contact Jes McAvoy, 507 Calles Street Suite 107 Austin, TX 78702, (512) 675-4333. We at Scribe wish you the best in your future endeavors.

Very truly yours,
Scribe Media LLC

BY: Jes McAvoy

4860-5088-0613.1

# Exhibit "1-B"

        



**Scribe Media**
11,451 followers

+ Follow

View full page



**Scribe Media**
11,451 followers
11mo •

+ Follow ...

A message from Chief Experience Officer Meghan McCracken:

As the Chief Experience Officer at Scribe Media, I wanted to address recent rumors and share some critical updates.

First, let's address the facts: Scribe Media is fully operational, and we remain steadfast in our commitments.

We have taken proactive measures to retain essential operational staff. All books and marketing projects will continue.

Now, let's address the difficult part: These are unprecedented times for our company. The recent layoffs have impacted many talented Scribe crew members, as well as the authors they have built relationships with.

We are overwhelmed by the outpouring of support we have received. It comes as no surprise, considering the exceptional people we have the privilege to work with.

Rest assured, we are working on a restructuring plan.

The goal is simple: Reunite our team and create rehiring opportunities under new ownership. In the meantime, we're committed to supporting our impacted employees and ensuring a brighter future for all.

In these challenging times, we stand resilient, driven by empathy and a shared mission to empower our crew and authors.

Thank you for your support and trust as we navigate this transformative period together.

👏👍💡 65                                    48 comments • 2 reposts

Reactions



+57

👍 Like    💬 Comment    ↪ Repost    ➤ Send

Add a comment...

Most relevant ▾

**Peggy Holsclaw** • 2nd                          10mo •••
Ghostwriter Specializing in Psychology, Spirituality, Personal Development, and Culture

Hang on a minute, Meghan. You have abruptly put loads of people in survival mode and the lack of transparency is beyond old at this point. You abruptly cut off our health insurance, laid us off with zero severance, and told us to

Post | Feed | LinkedIn

         

Home | My Network | Jobs | Messaging | Notifications | Me | For Business | Lear



**Scribe Media**

11,451 followers

+ Follow

View full page

---

 **Scribe Media**                                  + Follow   ···
11,451 followers
11mo •  🌐

A message from **JeVon McCormick**:

I have not disappeared, and this message is long overdue.

Accountability, responsibility and blame...it all falls on me.

Not my partner. Not the co-founders. Not the economy. And definitely not the people of Scribe, "The Scribe Crew."

It all falls on me. I don't blame anyone but myself, and I make no excuses for my actions.

I sincerely and deeply apologize to everyone this has impacted: Scribe and Libra Crew members, Authors, Freelancers, and all the people and companies that helped publish books for Scribe and Libra Authors.

Though there are many ways I fell short as a CEO, there are three decisions I made that I must specifically apologize for:

1. The fact is, layoffs are never easy, regardless of the timing or circumstances. However, the recent layoffs have impacted many talented Scribe crew members, as well as the authors Scribe has built relationships with. The way these layoffs were conducted is not aligned with the values of Scribe and the Scribe Crew. The negative impact all falls on me, and I sincerely apologize.

2. Equally, I apologize for not seeing the other problem in myself sooner. I know my poor decision making started back in March of last year, after my Mother died. I was in the office, but I wasn't present. I was in meetings, but I wasn't present. I saw challenges and concerns that I needed to weigh in on, but I didn't. Quite simply, I was not the CEO the company needed and trusted.

3. Finally, I deeply apologize for not speaking out to authors, Scribe and Libra Crew members, and Scribe and Libra freelancers much sooner. The Scribe Crew that remains with the company has been working long, exhausting hours this past week answering the questions I should have been answering, making the announcements I should have made, and speaking on behalf of me. As the majority shareholder and former CEO, the communication on all of this was my responsibility, and I apologize.

As someone who has been outspoken about "Putting People First" and "Doing Right By People", I clearly did not live by my own words, and beliefs.

I did not fulfill my CEO role in the way I was capable and trusted to, and I have let down many people who put their faith and trust in me.

Scribe Media is second to none when it comes to the quality of the books published for Authors, and the people of Scribe are continuing to operate and serve those Authors that have trusted the company with their books. The Scribe Crew has been and will continue to contact each Author to ensure their book is published. Scribe Media will continue to thrive even as the company works through the restructuring plan.



As such, I have resigned as the President & CEO of Scribe Media.

CONTINUED IN COMMENTS

👍❤️😊 23                                                   19 comments · 1 repost

## Reactions

+15

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Add a comment...

Most relevant ▾

**Scribe Media**  Author                                              10mo •••
11,451 followers

I resigned because I have not done an effective job as CEO for the past 13 months--despite having an incredibly talented and outspoken executive team and legal team, as well as trusted partners and business colleagues, who gave me everything I needed to do so. I alone led Scribe to a tenuous position.

...see more

Like  ·  👍❤️😊 7  |  Reply  ·  3 Replies

Load previous replies

**Berkeley Kershisnik**  • 3rd+                                    10mo (edited) •••
Builder, Operations Expert, Portuguese Instructor, Author / Illustrator of the Amazon #1 Bestselling Bilingual Children's Series

**Gabriel Dyson** I was going to say the exact same thing. There is some small redemption possible in correcting the way this layoff was conducted. Severance and PTO payout at bare minimum. Actions need to speak louder than words in this moment, more than ever.

Like  ·  👍❤️ 27  |  Reply

**Jonathan Hsu**  (He/Him) • 2nd                                  10mo •••
🎬 Founder/Producer | ✨ Transforming Creative Visions into Cinematic Reality | 💡 Passionate about Innovation, Efficiency & Holistic Production | Uplifting Diverse Artists | 👨👦 Proud Dad x2

As a client/author who had just finished his manuscript and just finished paying off my 10 month commitment....I want to see my book! Many of you are in the same boat and have started to reach out to me via email/linkedin/text.

...see more

Like  ·  👍 5  |  Reply  ·  2 Replies

Load previous replies

**Kai C.** • 3rd+                                                  10mo •••
Executive Coach -Helping Top 10% performers break into the Top 1%

Interested in joining the Ex-Scribe author cohort. This has been a very disappointing experience and their lack of transparency (and excuse-making even in this post) says more about the leadership's culture than anything else.

Like  ·  👍 1  |  Reply

**Kat Dixon**  (She/Her) • 2nd                                     10mo •••
Acquisitions Editor at Ballast Books and Blue Balloon Books. You should write a book. I can help.

In many ways Scribe's downfall is an indictment of all industries that rely on the labor of freelancers and bloated, meaningless managerial levels to fatten the pockets of an otherwise incompetent C-suite. The vast majority of the people working for Scribe - the writers, editors, designers, marketers, etc. who created the company's actual products - were NEVER included in i ...see more

Like  ·  👍❤️ 9  |  Reply  ·  1 Reply

**Kama Timbrell**  (She/Her) • 3rd+                                8mo •••