# Exhibit "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALYSSA CORMIER, <br> CLAIRE BRUDNER, <br> MARIANNA ACOSTA, <br> and ESTY PITTMAN, <br>      Plaintiffs, <br><br> v. <br><br> SCRIBE MEDIA, LLC, <br> BOND FINANCIAL TECHNOLOGIES HOLDINGS, LLC, <br> ENDURING VENTURES, INC., <br> ENDURING CONSULTING GROUP LLC, and <br> ENDURING VENTURES TY PARTNERSHIP LLC, <br>      Defendants. | § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br> CIVIL ACTION NO. 1:23-cv-647-RP <br><br><br> JURY TRIAL DEMANDED |

## DECLARATION OF ESTY PITTMAN

I, Esty Pittman, declare as follows:

1. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I reside in Tulsa County, Oklahoma and am over the age of 21. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them. I understand that Plaintiffs will use this declaration in connection with filing for class action certification in that lawsuit.

2. I was hired to work at Scribe Media, LLC ("Scribe") as a Relationship Manger on approximately October 25, 2021. At the time I was laid off from Scribe, I worked as an Author Experience Coach.

3. On May 24, 2023, Scribe notified me and approximately 90 other Scribe employees that we were being terminated immediately.

4. My attorneys have discussed with myself and the other Plaintiffs the potential advantages and disadvantages of proceeding in a class action rather than individually. After those discussions, the other Plaintiffs and I decided that it was best to proceed with a class action instead of individual lawsuits against the Defendants.

5. I am thankful that the other workers have come forward to hold those who ran "old Scribe" and those who are running "new Scribe" accountable for what they did to us. I further support approval of this class certification because I do not have the resources to file a case individually on my own behalf.

6. I do not have any additional claims beyond the violations of the WARN Act, and I do not presently or potentially have any claims in conflict with any members of this class.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on: 04/25/2024

_____
Esty Pittman (Apr 25, 2024 09:40 CDT)
Esty Pittman