IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALYSSA CORMIER, §<br>CLAIRE BRUDNER, §<br>MARIANNA ACOSTA, §<br>and ESTY PITTMAN, §<br>    Plaintiffs, §<br>§<br>v. §<br>§<br>SCRIBE MEDIA, LLC, §<br>BOND FINANCIAL TECHNOLOGIES §<br>HOLDINGS, LLC, §<br>ENDURING VENTURES, INC., §<br>ENDURING CONSULTING GROUP §<br>LLC, and §<br>ENDURING VENTURES TY §<br>PARTNERSHIP LLC, §<br>    Defendants. § | CIVIL ACTION NO. 1:23-cv-647-RP<br><br>JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Before the Court is Plaintiffs' Motion for Class Certification. The Court, having considered the motion, all responses, replies, and argument, if any, is of the opinion that said motion should be:

  GRANTED

SIGNED this ___ day or _____, 2024

_____
United States District Judge