IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALYSSA CORMIER, ET. AL, | § | No. 1:23-CV-647-DAE |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| SCRIBE MEDIA, LLC, ET. AL, | § | |
| | § | |
| Defendants. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND GRANTING IN PART AND DENYING IN PART MOTION FOR EMERGENCY RELIEF

Before the Court is a Report and Recommendation ("the Report") (Dkt. # 69) submitted by United States Magistrate Judge Dustin Howell. After reviewing the Report, the Court **ADOPTS** Judge Howell's recommendations and **GRANTS IN PART** and **DENIES IN PART** Plaintiffs Alyssa Cormier, Claire Brudner, Marianna Acosta, and Esty Pittman, individually and on behalf of all others similarly situated ("Plaintiffs") Opposed Motion for Emergency Relief Related to Defendants' Contact with Putative Class Members (Dkt. # 53).

The facts preceding this Order are laid out in Judge Howell's Report. (See Dkt. # 69.) After conducting a hearing on the matters raised in the emergency motion, Judge Howell noted in his Report that the parties had reached an agreement regarding communications sent by Scribe to the putative class members.

(Dkt. # 69 at 4.)  The parties agreed that Scribe's CEO, as well as anyone acting on his or Bond's behalf, will cease communications with putative class members related to this litigation until the Court reaches a decision on class certification which matter is still pending with this Court.  (Id.)

Objections to the Report were due within 14 days after being served with a copy.  Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error.  United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the Court adopts the Magistrate Judge's Report.  The Court finds the Magistrate Judge's conclusions: (1) regarding Scribe's CEO's agreement not to communicate about this matter with putative class members until class certification is determined; and (2) that any other forms of relief sought by Plaintiffs in the motion should be denied without prejudice, are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 69) as the opinion of the Court and **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' Opposed Motion for Emergency Relief Related to Defendants' Contact with Putative Class Members (Dkt. # 53).

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, October 24, 2024.

_____
David Alan Ezra
Senior United States District Judge